**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-7681**

―――――――――

HERBERT CURTIS,

Plaintiff - Appellant,

versus

ROBERT WARD, Warden of Evans Correctional
Institute; STUKEY, Major at Evans Correctional
Institute; PAT BROWN, Lieutenant at Evans
Correctional Institute; GIBSON, Correctional
Officer at Evans Correctional Institute;
GRIFFIN, Investigator at Evans Correctional
Institute; M. K. GALLOWAY, Head of Grievance
at Evans Correctional Institute,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.   David C. Norton, District Judge.
(CA-97-2515-4-18BE)

―――――――――

Submitted:  February 26, 1998        Decided:  March 20, 1998

―――――――――

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Herbert Curtis, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Curtis v. Ward</u>, No. CA-97-2515-4-18BE (D.S.C. Oct. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>